Van-051

```
              UNITED STATES BANKRUPTCY COURT
             EASTERN DISTRICT OF NORTH CAROLINA
       CLERK, U.S. BANKRUPTCY COURT POST OFFICE DRAWER 2807
                    WILSON, N.C. 27894-2807
```

| | |
|---|---|
| IN RE: | CASE NO.: 97-02325-8-JRL |
| COASTAL COTTONSEED, INC. | DATE FILED: April 24, 1997 |
| | CHAPTER: 11 |

DSSN: NA  DTAXID: 56-1773448
JDSSN:    JDTAXID:

## FINAL DECREE

The estate of the above named debtor(s) having been fully administered,

**IT IS ORDERED:**

1. That   is hereby discharged as trustee of the above named estate of the debtor(s), and the bond be and it hereby is cancelled;
2. That the chapter 7 case of the above named debtor(s) be and it hereby is closed.

DATED:  **November 6, 2002**

_____
J. RICH LEONARD, JUDGE
United States Bankruptcy Judge

**BAL SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0417-8         User: BW              Page 1 of 1              Date Rcvd: Nov 06, 2002
Case: 97-02325-8-JRL         Form ID: VAN-051      Total Served: 3

The following entities were served by first class mail on Nov 08, 2002.
D          COASTAL COTTONSEED, INC.,   PO BOX 190,   TRENTON, NC 28585
CA         Joseph N. Callaway,   PO Box 7100,   Rocky Mount, NC 27804
DA         Trawick H. Stubbs, Jr.,   P. O. Drawer 1654,   New Bern, NC 28563

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Nov 08, 2002**          **Signature:** _Joseph Speetjens_